1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11   HYPHY MUSIC INC.,                  Case No. 2:22-cv-08518-FLA (JEMx)
12                     Plaintiff,
                                        **ORDER TO SHOW CAUSE**
13             v.
14
     FEDERICO CRUZ, et al.,
15
                       Defendants.
16
17
18
19
20
21
22
23
24
25
26
27
28

                                    1

28 U.S.C. § 1404(a) provides: "For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented."

In light of the pending action styled *Hyphy Music, Inc. v. Sena, et al.*, Case No. 1:21-cv-00216-JLT-HBK, which was filed in the United States District Court for the Eastern District of California on February 19, 2021, before the filing of the instant action, the court ORDERS the parties to Show Cause ("OSC") in writing by March 17, 2023: (1) why venue in this district is proper pursuant to 28 U.S.C. § 1391, (2) whether this action is related to *Hyphy Music, Inc. v. Sena, et al.*, Case No. 1:21-cv-00216-JLT-HBK; (3) why the instant action should not be transferred to the Eastern District of California pursuant to 28 U.S.C. § 1404(a); and (4) whether there are additional necessary parties that must be joined in this action pursuant to Federal Rule of Civil Procedure 19.

The OSC is set for hearing on March 31, 2023, at 1:30 p.m.  Plaintiff's Motion for Preliminary Injunction, Dkt. 21, is continued to March 31, 2023, at 1:30 p.m.

IT IS SO ORDERED.

Dated: March 6, 2023

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2